## The City of Grand Rapids v. George A. Whittlesey.

*Cases made after judgment: Clerk's certificate: Jurisdictional defects: Stipulation of counsel.* Cases made after judgment are required by the statute (*Comp. L. 1871, § 4947*) to be certified to the supreme court by the clerk of the court below, and such certificate is essential to give the supreme court jurisdiction to hear the cause; and the want of such certificate, being a jurisdictional defect, cannot be cured by stipulation of counsel.

*Heard and decided June 10.*

Case made from Recorder's Court of Grand Rapids.

This record purports to be a case made after judgment, but there is no certificate of the clerk of the court below authenticating the case filed here. The counsel for the respective parties have attempted to cure this by stipulation.

*J. W. Ransom,* for plaintiff.

*L. W. Wolcott,* for defendant.

THE COURT held that under the statute cases made after judgment are required to be certified to this court by the clerk of the court below, and this certificate is essential to give jurisdiction to hear the cause; and that such defect cannot be cured by stipulation of counsel.

Case stricken from the docket.